UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENIZ OLMEZ, YASIN DEMIRKAN, NIYAZI
TUREL, HAMIT DEMIRKAN, LEVENT
CENNET, HAKAN EJDER, MUSTAFA ONSOY,
KAAN ERYILMAZ, on behalf of themselves
and other employees similarly situated,

               Plaintiffs,

                AFFIDAVIT OF SERVICE

         against

                Case No. 08 CIV 5347

CIPRIANI USA, INC; CIPRIANI 110, LLC
CIPRIANI 200 LLC; CIPRIANI 55 WALL, LLC
CIPRIANI FIFTH AVENUE, LLC; CIPRIANI
42ND STREET, LLC; CIP 55, LLC; CIPRIANI
FOODS, LLC; DOWNTOWN RESTAURANT
COMPANY, LLC; GC BALLROOM OPERATOR
LLC; 42ND STREET LESSEE, LLC; and JOHN
DOES 1-100, the actual names of such individuals
or entities being unknown,

             Defendants.
------------------------------------------------------------X

STATE OF NEW YORK)
      SS:
COUNTY OF NEW YORK)

     **GRACE HEWITT,** being duly sworn, deposes and says:

     I am not a party to this action, am over 18 years of age, and reside in the County of Bronx, City of New York.

     That on the 12th day of June, 2008, at approximately <u>11:30</u> a.m., deponent served a true copy of the **SUMMONS AND COMPLAINT** upon **CIPRIANI 110, LLC.**, 110 East 42nd Street, New York, New York personally delivering and leaving the same with <u>Mirabela Vacariu</u>, who informed deponent that she is an agent authorized by appointment to receive service at that address.

12130-1

Mirabela Vacariu is a Caucasian Female, approximately 23 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 140 pounds with Dark Brown hair and Dark Brown eyes.

_____
**GRACE HEWITT**

Sworn to me this
12th day of June, 2008

_____
NOTARY PUBLIC

JANET I. CRUZ-DIAZ
Notary Public, State of New York
No. 01CR6018875
Qualified in Richmond County
Commission Expires January 19, 20 11

12130-1