UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DENIZ OLMEZ, YASIN DEMIRKAN, NIYAZI     :    **ECF CASE**
TUREL, HAMIT DEMIRKAN, LEVENT           :
CENNET, HAKAN EJDER, MUSTAFA ONSOY,     :
KAAN ERYILMAZ, on behalf of themselves  :    Case No. 08 Civ. 5347 (RJH)
And other employees similarly situated, :
                                        :    **NOTICE OF APPEARANCE**
                 Plaintiffs,            :
                                        :
        - v. —                          :
                                        :
CIPRIANI USA, INC; CIPRIANI 110, LLC,   :
CIPRIANI 200 LLC; CIPRIANI 55 WALL, LLC;:
CIPRIANI FIFTH AVENUE, LLC; CIPRIANI    :
42ND STREET, LLC; DOWNTOWN RESTAURANT :
COMPANY, LLC; GC BALLROOM OPERATOR      :
LLC; 42ND STREET LESSEE, LLC; and JOHN :
DOES 1-100, the actual names of such individuals :
or entities being unknown,              :
                                        :
                 Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE of the appearance of Douglas Weiner, of Epstein Becker & Green, P.C., as an attorney of record for Defendants.

I certify that I am admitted to practice in this District and that I continue to be a member in good standing.

Dated: July 16, 2008

                                Respectfully submitted,

                                **EPSTEIN BECKER & GREEN, P.C.**

                                s/ Douglas Weiner
                                    Douglas Weiner
                                250 Park Avenue
                                New York, New York 10177
                                Phone: 212.351.4500
                                Fax:   212.878.8681
                                e-mail: dweiner@ebglaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

                                                s/ Douglas Weiner
                                                Douglas Weiner