UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
DENIZ OLMEZ, YASIN DEMIRKAN, NIYAZI          :  **ECF CASE**
TUREL, HAMIT DEMIRKAN, LEVENT                :
CENNET, HAKAN EJDER, MUSTAFA ONSOY,          :
KAAN ERYILMAZ, on behalf of themselves       :  Case No. 08 Civ. 5347 (RJH)
And other employees similarly situated,      :
                                             :  **NOTICE OF CHANGE OF**
                    Plaintiffs,              :  **ADDRESS**
                                             :
       - v. –                                :
                                             :
CIPRIANI USA, INC; CIPRIANI 110, LLC,        :
CIPRIANI 200 LLC; CIPRIANI 55 WALL, LLC;     :
CIPRIANI FIFTH AVENUE, LLC; CIPRIANI         :
42ND STREET, LLC; DOWNTOWN RESTAURANT   :
COMPANY, LLC; GC BALLROOM OPERATOR           :
LLC; 42ND STREET LESSEE, LLC; and JOHN  :
DOES 1-100, the actual names of such individuals :
or entities being unknown,                   :
                                             :
                    Defendants.              :
------------------------------------------ x

To:    Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Douglas Weiner, an attorney for Defendants in the referenced case.

I am a U.S.D.C., Southern District of New York attorney, affiliated with the law firm of Epstein, Becker & Green, P.C.

Dated:  July 16, 2008

                                   Respectfully submitted,

                                   **EPSTEIN BECKER & GREEN, P.C.**

                                   s/ Douglas Weiner
                                   _____
                                        Douglas Weiner (DW 1965)
                                   250 Park Avenue
                                   New York, New York 10177
                                   Phone: 212.351.4500
                                   Fax:    212.878.8681
                                   e-mail: dweiner@ebglaw.com

---

## CERTIFICATE OF SERVICE

     I hereby certify that on July 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

                                                s/ Douglas Weiner
                                                Douglas Weiner