UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENIZ OLMEZ, YASIN DEMIRKAN, NIYAZI      :
TUREL, HAMIT DEMIRKAN, LEVENT            :
CENNET, HAKAN EJDER, MUSTAFA ONSOY,      :
KAAN ERYILMAZ, on behalf of themselves   :
and other employees similarly situated,  :
                                         :
                    Plaintiffs,          :
                                         :   **CONSENT TO BECOME**
                                         :   **PARTY PLAINTIFF**
         -against-                       :
                                         :
CIPRIANI USA, INC; CIPRIANI 110, LLC     :
CIPRIANI 200 LLC; CIPRIANI 55 WALL, LLC  :
CIPRIANI FIFTH AVENUE, LLC; CIPRIANI     :
42ND STREET, LLC; CIP 55, LLC; CIPRIANI :
FOODS, LLC; DOWNTOWN RESTAURANT          :
COMPANY, LLC; GC BALLROOM OPERATOR       :
LLC; 42ND STREET LESSEE, LLC; and JOHN  :
DOES 1-100, the actual names of such individuals :
or entities being unknown,               :
                                         :
                    Defendants.          :
-----------------------------------------------------------------X

By my signature below, I hereby authorize the filing and prosecution of the above-described Fair Labor Standards Act action in my name and on my behalf by the named plaintiffs and so designate the named plaintiffs as my agent to make decisions on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the named plaintiffs' counsel concerning attorneys' fees and costs, entering into a settlement agreement with the defendants, and all other matters pertaining to this lawsuit.

_Aytekin Sirin_          Dated: _07/30/2008_
(Signature)

_Aytekin Sirin_
(Print your name)