Dean L. Silverberg, Esq.
Douglas Weiner, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants

RECEIVED
AUG - 4 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DENIZ OLMEZ, YASIN DEMIRKAN, NIYAZI
TUREL, HAMIT DEMIRKAN, LEVENT
CENNET, HAKAN EJDER, MUSTAFA ONSOY,
KAAN ERYILMAZ, on behalf of themselves
and other employees similarly situated,

                         Plaintiffs,

-against-

CIPRIANI USA, INC; CIPRIANI 110, LLC,
CIPRIANI 200 LLC; CIPRIANI 55 WALL, LLC;
CIPRIANI FIFTH AVENUE, LLC; CIPRIANI
42ND STREET, LLC; CIP 55, LLC; CIPRIANI
FOODS, LLC; DOWNTOWN RESTAURANT
COMPANY, LLC; GC BALLROOM OPERATOR
LLC; 42ND STREET LESSEE, LLC; and JOHN
DOES 1-100, the actual names of such individuals
or entities being unknown,

                         Defendants.
------------------------------------x

ECF CASE

08 CIV 5347 (RJH)

**STIPULATION TO EXTEND DEFENDANTS' TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

IT IS HEREBY STIPULATED and agreed by the attorneys for Plaintiffs ("Plaintiffs") and Defendants Cipriani USA, Inc.; Cipriani 110 LLC, Cipriani 200 LLC; Cipriani 55 Wall, LLC; Cipriani Fifth Avenue, LLC; Cipriani 42nd Street, LLC; CIP 55, LLC; Cipriani Foods, LLC; Downtown Restaurant Company, LLC; GC Ballroom Operator LLC; 42nd Street Lessee, LLC ("Defendants") that Defendants shall be granted an extension of time to and including August 4, 2008, to answer, move, or otherwise respond to Plaintiffs' Complaint in the

NY:2710587v1

above action. Counsel for the parties respectfully request that the Court extend the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint in accordance with the terms of this stipulation.

Dated: July ___, 2008
      New York, New York

EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500

By: _____
Douglas Weiner
Dean L. Silverberg
Attorneys for Defendants

CARY KANE LLP
1350 Broadway, Suite 815
New York, New York 10036
(212) 868-6300

By: _____
Walter Kane
Joshua S. C. Parkhurst
Attorneys for Plaintiffs

SO ORDERED: _____
Hon. Richard J. Holwell

This __8__ day of __August__, 2008.

- 2 -