```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
DENIZ OLMEZ, et al,                               :         08 Civ. 05347 (RJH)
:
               Plaintiff,                         :
:
      -against-                                   :         **ORDER**
:
CIPRIANI USA Inc,                                 :
:
               Defendant.                         :
:
------------------------------------------------------------x

      A pretrial conference shall be held on October 09, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 13, 2008
SO ORDERED:

                                                      Richard J. Holwell
                                            United States District Judge